# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23-291 (RBK) |
| | : | |
| v. | : | CONSENT ORDER TEMPORARILY |
| | : | MODIFYING |
| | : | BAIL RELEASE |
| GERALE RAWLES | : | CONDITIONS TO PERMIT TRAVEL |

  THIS MATTER having been brought before the Court by defendant Gerale Rawles, (by Andrea Bergman, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Martha Nye, Assistant United States Attorney) consenting, for an Order temporarily modifying Mr. Rawles' bail release conditions to permit out-of-state travel; and Pretrial Services (by Acheme Amali) having no objection; and

  WHEREAS, bail release conditions were imposed on January 3, 2020, and

  WHEREAS, the conditions were subsequently modified on June 6, 2020 to require home detention and electronic monitoring during curfew hours of 8:00 p.m. and 5:30 a.m.; and

  WHEREAS, the conditions were subsequently modified on October 2, 2020 to remove the electronic monitor and curfew conditions; and

  WHEREAS, Mr. Rawles is in compliance with his conditions of pretrial release, and for good cause shown;

  IT IS THE FINDING OF THIS COURT, on this  28th  day of June, 2023, that the bail release conditions shall be modified as follows:

  1. Mr. Rawles shall be permitted to travel to North Carolina from June 29, 2023 to July 6, 2023; and

2. Mr. Rawles shall stay at 411 1ˢᵗ Avenue, Statesville, North Carolina, the home of Aysa Crawford and their children; and

3. Mr. Rawles shall report to Pretrial Services as directed; and

4. All other conditions shall remain the same.

_____
Douglas E. Arpert
United States Magistrate Judge