## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23-291 (RBK) |
| | : | |
| v. | : | CONSENT ORDER TEMPORARILY |
| | : | MODIFYING |
| | : | BAIL RELEASE |
| GERALE RAWLES | : | CONDITIONS TO PERMIT TRAVEL |

THIS MATTER having been brought before the Court by defendant Gerale Rawles, (by Andrea Bergman, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Martha Kathleen Nye, Assistant United States Attorney) consenting, for an Order temporarily modifying Mr. Rawles' bail release conditions to permit out-of-state travel; and Pretrial Services having no objection; and

WHEREAS, bail release conditions were imposed on January 3, 2020, and

WHEREAS, the conditions were subsequently modified on June 6, 2020 to require home detention and electronic monitoring during curfew hours of 8:00 p.m. and 5:30 a.m.; and

WHEREAS, the conditions were subsequently modified on October 2, 2020 to remove the electronic monitor and curfew conditions; and

WHEREAS, Mr. Rawles has maintained employment and is in compliance with his conditions of pretrial release, and for good cause shown;

IT IS THE FINDING OF THIS COURT, on this 30th day of January, 2024, that the bail release conditions shall be modified as follows:

1. Mr. Rawles shall be permitted to travel to North Carolina from February 1, 2024, to February 7, 2024; and

2. Mr. Rawles shall stay at 411 1st Avenue, Statesville, North Carolina, the home of

      Aysa Crawford and their children; and

3. Mr. Rawles shall report to Pretrial Services as directed; and

4. All other conditions shall remain the same.

                                            _____
                                            Douglas E. Arpert
                                            United States Magistrate Judge